**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSHUA CANE JELLISON and JESSICA MARIE JELLISON, his wife,<br>Plaintiffs,<br>vs.<br>PHH MORTGAGE CORPORATION,<br>Defendant. | No. 2:23-cv-00739-NBF |

**MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**

Pursuant to the Court's Orders dated March 14, 2025 (ECF No. 68) and May 26, 2026 (ECF No. 111), Defendant, Onity Mortgage Corporation, formerly known as PHH Mortgage Corporation ("Onity"), hereby moves for an award of attorney's fees and costs incurred in pursuing additional discovery and in pursuing this motion. In support of this motion, Onity incorporates by reference the accompanying Memorandum of Law. A proposed form of Order is attached.

Respectfully submitted,

*/s/ Christopher A. Reese*

Joe N. Nguyen (PA Atty No. 93638)
Christopher A. Reese (PA Atty No. 308939)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
F: (215) 564-8120
E: jnguyen@stradley.com
creese@stradley.com
*Attorneys for Defendant,*
*Onity Mortgage Corporation, formerly known as*
*PHH Mortgage Corporation*

Dated: June 17, 2026