**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSHUA CANE JELLISON and JESSICA MARIE JELLISON, his wife,<br>Plaintiffs,<br>vs.<br>PHH MORTGAGE CORPORATION,<br>Defendant. | No. 2:23-cv-00739-NBF |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant, Onity Mortgage Corporation, formerly known as PHH Mortgage Corporation ("Onity"), hereby moves pursuant to Fed. R. Civ. P. 56 for the entry of summary judgment in its favor and against Plaintiffs, dismissing Plaintiffs' remaining claims with prejudice. In support of this motion, Onity incorporates by reference the accompanying Statement of Undisputed Material Facts and exhibits thereto and the supporting Memorandum of Law. A proposed form of Order is attached.

Respectfully submitted,

*/s/ Christopher A. Reese*

Joe N. Nguyen (PA Atty No. 93638)
Christopher A. Reese (PA Atty No. 308939)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
F: (215) 564-8120
E: jnguyen@stradley.com
creese@stradley.com
*Attorneys for Defendant,*
*Onity Mortgage Corporation, formerly known as*
*PHH Mortgage Corporation*

Dated: June 30, 2026

**CERTIFICATE OF SERVICE**

I, Christopher A. Reese, Esquire, hereby certify that on June 30, 2026, I caused the foregoing to be electronically filed via the Court's ECF system.

*/s/ Christopher A. Reese*
Christopher A. Reese