**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSHUA CANE JELLISON, and<br>JESSICA MARIE JELLISON<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:23-cv-739<br>Judge Nora Barry Fischer |

**MEMORANDUM ORDER**

AND NOW, this 30th day of July 2026, upon consideration of Defendant's Motion for Attorney's Fees and attached redacted Billing Records (ECF No. 114 & 114-1), its Brief in Support (ECF No. 115), Plaintiffs' Brief in Opposition (ECF No. 122), Defendant's Reply Brief and attachment (ECF No. 124 & 124-1), and Plaintiffs' Sur-Reply (ECF No. 126);

IT IS HEREBY ORDERED that Defendant shall deliver to the Court UNREDACTED copies of the Billing Records at ECF No. 114-1 at 4-37 for in camera review. These documents shall be hand delivered or sent by Federal Express, to be received by the Court no later than **AUGUST 5, 2026**.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record